### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SONYA S. DEINES, Individually and as the Personal Representative of The Estate of CURTIS ALAN DEINES, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a Delaware Corporation,<br><br>and<br><br>RAILCREW XPRESS, LLC a Delaware Limited Liability Company,<br><br>Defendants. | Case No.: 4:22-cv-3099-JMG-CRZ<br><br>**ORDER** |

Pursuant to the Joint Motion for Entry of Agreed Protective Order filed by the Parties, the Court hereby finds and Orders as follows:

The Parties have agreed that certain information and documents requested in discovery by the Plaintiff concerning Jessica Ehlers ("the Ehlers Materials"), a former employee of Railcrew Xpress, LLC who was an employee of Railcrew Xpress, LLC at the time of the March 19, 2021 collision subject to this suit, shall be considered confidential and the Parties seek to limit use and disclosure of these materials within the confines of this case.

Accordingly,

IT IS ORDERED that the Parties' Joint Motion is granted, and this case is subject to the following protective order:

1. The Ehlers Materials to include the personal, financial, medical, educational, and other private information of Jessica Ehlers which the Parties agree should be kept confidential and

from being disclosed to the public or anyone outside the confines of this litigation shall be designated as such by stamping or labeling these materials as "Confidential – Subject to Protective Order" in a conspicuous place and manner.

2. These materials shall be treated as confidential by the Parties and their representatives and shall not be disclosed to anyone expect those necessary for the defense or prosecution of this suit. No disclosure shall be made to anyone outside the context of this litigation.

3. If any of these materials are filed with the Court as part of the record in this case, they shall be filed under restricted access and shall remain under restricted access until further Order of the Court.

4. Any deposition testimony that refers to or discusses these materials designated as confidential shall be similarly treated.

January 6, 2023.                                BY THE COURT:

_____
Cheryl R. Zwart
United States Magistrate Judge