IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SONYA S. DEINES, Individually and as the Personal Representative of the Estate of Curits Alan Deines, Deceased;<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a Delaware Corporation; and RAILCREW XPRESS, LLC, a Delaware Limited Liability Company;<br><br>Defendants. | **4:22CV3099**<br><br><br><br>**ORDER** |

The court has been advised that the parties in the above-captioned matter have settled their claims.

Accordingly,

IT IS ORDERED that:

1) Within thirty (30) calendar days of the date of this order, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court.

2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3)   All pending motions are denied as moot.

4)   The clerk shall terminate the pretrial and trial settings and any hearings set for this case.

Dated this 11th day of August, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*

United States Magistrate Judge